■ UNO EQUITIES, INC., v. SUTTON PLACE VIEW CORP. et al.— Motion to dismiss appeal denied and the notice of appeal is amended *nunc pro tunc* as of

the date of serving and filing same so as to include the judgment entered on April 27, 1962, and the appellant is directed to correct the record on appeal accordingly on or before December 18, 1962. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.